1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105-2102
         Telephone: (415) 977-8961
6        Facsimile: (415) 744-0134
         Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
                           SACRAMENTO DIVISION
10

11 JENELLE MCCRAY-KELLER,          ) 2:12-cv-00674-EFB
                                   )
12          Plaintiff,             ) **STIPULATION AND PROPOSED**
                                   ) **ORDER FOR A FIRST**
13     vs.                         ) **EXTENSION OF 30 DAYS FOR**
                                   ) **DEFENDANT TO RESPOND TO**
14 MICHAEL J. ASTRUE,              ) **PLAINTIFF'S MOTION FOR**
   Commissioner of Social Security,) **SUMMARY JUDGMENT**
15                                 )
            Defendant.             )
16                                 )
                                   )
17 _____  )

18     The parties hereby stipulate by counsel, with the Court's approval as
19 indicated by issuance of the attached Order, that Defendant shall have a first
20 extension of time of 30 days to respond to Plaintiff's motion for summary
21 judgment.  The undersigned has five federal court filing deadlines between today
22 and September 7, 2012, and the intervening federal holiday impacts this briefing
23 schedule.  Counsel for the Commissioner requires additional time in order to
24 respond to Plaintiff's arguments.  The current date is August 29, 2012.  The new
25 due date will be September 28, 2012.

26 11-674-EFB; Request for Extension

-1-

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Date:  August 27, 2012           /s/ Peter E. Brixie*
                                           PETER E. BRIXIE
                                           (* by email authorization 8/27/12)
                                           Attorney for Plaintiff

                                           BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX

                                           /s/ *Cynthia B. De Nardi*
                                           CYNTHIA B. DE NARDI

                                           Attorneys for Defendant

                                           <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  August 28, 2012

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

11-674-EFB; Request for Extension