1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105-2102
         Telephone: (415) 977-8961
6        Facsimile: (415) 744-0134
         Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
                   **UNITED STATES DISTRICT COURT**
9                  **EASTERN DISTRICT OF CALIFORNIA**
                         **SACRAMENTO DIVISION**
10

11 
   JENELLE MCCRAY-KELLER,           )  2:12-cv-00674-EFB
12                                   )
            Plaintiff,               )  **STIPULATION AND PROPOSED**
13                                   )  **ORDER FOR A FIRST**
        vs.                          )  **EXTENSION OF 30 DAYS FOR**
14                                   )  **DEFENDANT TO RESPOND TO**
   MICHAEL J. ASTRUE,                )  **PLAINTIFF'S MOTION FOR**
15 Commissioner of Social Security,  )  **SUMMARY JUDGMENT**
                                     )
16          Defendant.                )
                                     )
17 _____  )

18      The parties hereby stipulate by counsel, with the Court's approval as
19 indicated by issuance of the attached Order, that Defendant shall have a first
20 extension of time of 30 days to respond to Plaintiff's motion for summary
21 judgment. The undersigned has five federal court filing deadlines between today
22 and September 7, 2012, and the intervening federal holiday impacts this briefing
23 schedule. Counsel for the Commissioner requires additional time in order to
24 respond to Plaintiff's arguments. The current date is August 29, 2012. The new
25 due date will be September 28, 2012.

26 11-674-EFB; Request for Extension

-1-

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:  August 27, 2012          /s/ Peter E. Brixie*
                                PETER E. BRIXIE
                                (* by email authorization 8/27/12)
                                Attorney for Plaintiff


                                BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Regional Chief Counsel, Region IX

                                /s/ *Cynthia B. De Nardi*
                                CYNTHIA B. DE NARDI

                                Attorneys for Defendant

                                ORDER

APPROVED AND SO ORDERED.

DATED:  August 28, 2012

                                _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

11-674-EFB; Request for Extension

-2-